No. 62700.—Montgomery Ward & Company, Inc. v. United States, protest 272345–K/7419 (Chicago).

Opinion by Lawrence, J. In accordance with oral stipulation of counsel that the exposure meters in issue are machines, not specially provided for, the claim of the plaintiff was sustained.

No. 62701.—C. J. Tower & Sons v. United States, protest 194426–K (Buffalo).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of elevator sill plates similar in all material respects to those the subject of *C. J. Tower & Sons* v. *United States* (42 C.C.P.A. 161, C.A.D. 589), the claim of the plaintiff was sustained.

No. 62702.—John V. Carr & Son, Inc. v. United States, protests 309714–K, etc. (Detroit).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of automatic feeders the same in all material respects as those the subject of *John V. Carr & Son, Inc., et al.* v. *United States* (40 Cust. Ct. 292, C.D. 1996), the claim of the plaintiff was sustained.